ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Wood Environment & Infrastructure                    )     ASBCA No. 62661
  Solutions, Inc.                                    )
                                                     )
Under Contract No. FA3002-08-D-0003                  )
Task Order No. FA8903-17-F-0406                       )

APPEARANCE FOR THE APPELLANT:          Vic L. McConnell, Esq.
                                         Smith Cashion & Orr, LLC
                                         Nashville, VA

APPEARANCES FOR THE GOVERNMENT:        Jeffrey P. Hildebrant, Esq.
                                         Deputy Chief Trial Attorney
                                       Isabelle P. Cutting, Esq.
                                       Rebecca Tatum, Esq.
                                         Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE MCILMAIL

       The parties have resolved their dispute and request that the Board enter judgment
in favor of appellant.

       It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the
parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent
judgment, the Board makes a monetary award to appellant in the amount of $1,510,000.
This amount is inclusive of Contract Disputes Act interest. No further interest shall be
paid.

       Dated: January 19, 2022

                                              _____
                                              Timothy P. McIlmail
                                              Administrative Judge
                                              Armed Services Board
                                              of Contract Appeals

(Signatures continued)

I concur                                   I concur

JOHN J. THRASHER                           OWEN C. WILSON
Administrative Judge                       Administrative Judge
Chairman                                   Vice Chairman
Armed Services Board                       Armed Services Board
of Contract Appeals                        of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 62661, Appeal of Wood
Environment & Infrastructure Solutions, Inc., rendered in conformance with the Board's
Charter.

Dated:  January 19, 2022


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2